Edward Johnson 165254
Bledsoe County Correctional Complex
1045 Horsehead Rd
Pikeville TN 37367

7-24-25

RECEIVED
AUG 0 4 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Dear Clerk

Please find enclose Two copies of Petition for writ of Habeas Corpus to Address incarceration on an expired sentence by an Absolute Citizen (form of pauperis enclosed)

Will you please return notice of Filing and hearing Date

Respectfully
Edward Johnson

Edward Johnson 165254

Bledsoe County Correctional Complex
1045 Horschool Rd
Pikeville TN, 37367

RECEIVED
AUG 04 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United State Disstact Court
Clerk of The Cart
719 Chvrch St Ste 1300
Nashvile TN 37203

Legol mail

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

Received

JUL 2 5 2025

BCCX Mailroom
Outgoing