

# STATE OF TENNESSEE
## BOARD OF PROBATION AND PAROLE  RECEIVED
### Division of Board Operations
### Parole Certificate
### 129891

AUG 0 4 2025

Parole Type
Out-of-State

U.S. DISTRICT COURT Certificate Type
MIDDLE DISTRICT OF TN
Regular

### Johnson, Edward Allen – PRISON NUMBER 00165254,
### is eligible to be paroled from the the West Tennessee State Penitentiary

and there is reasonable probability that said prisoner will remain at liberty without violating the law. It further being the opinion of the Tennessee Board of Probation and Parole that the parole of this prisoner is not incompatible with the welfare of society.

It is hereby ordered that said prisoner be, and hereby is paroled, subjective to the following conditions, effective: August 14, 2009

1. I will proceed directly to my destination and upon arrival report immediately to my Probation/Parole Officer or in any event no later than 72 hours after release.

2. I will obey the laws of the United States or any state, in which I may be, as well as any municipal ordinances.

3. I will report all arrests, including traffic violations, immediately, regardless of the outcome, to my Probation/Parole Officer. I will, when away from my residence, have on my person my parole identification card and present it to the proper authority.

4. I will not own, possess, or carry any type of deadly weapon (guns, rifles, knives) or any illegal weapons.

5. I will work steadily at a lawful occupation. If I become unemployed, I will immediately report this to my Probation/Parole Officer and then begin to look for another job.

6. I will get the permission of my Probation/Parole Officer before changing my residence or employment, or before leaving the county of my residence or the state.

7. I will allow my Probation/Parole Officer to visit my home, employment site, or elsewhere, and will carry out all lawful instructions he/she gives and report to my Probation/Parole Officer as instructed, and will carry out all lawful instructions of the Administrative Case Review Committee, and will comply with a referral to Resource Center programs, if available, by attending, and will submit to electronic monitoring or community service if required.

8. I agree to a search, without a warrant, of my person, vehicle, property, or place of residence by any Probation/Parole officer or law enforcement officer, at any time.

9. I will not use intoxicants (beer, whiskey, wines, etc) of any kind to excess. I will not use or have in my possession marijuana or other illegal drugs. I will submit to drug screens or drug tests as directed by my Probation/Parole Officer.

10. I will waive all extradition rights and processes and agree to return to Tennessee if at any time prior to my release from parole, the Board of Probation and Parole directs that I do so.

11. I agree to pay all required fees to the Supervision and Criminal Injuries fund and restitution as ordered by the court.

12. I will not engage in any assaultive, abusive, threatening or intimidating behavior. Nor will I participate in any criminal street gang related activities as defined by TCA 40-35-121. I will not behave in a manner that poses a threat to others or myself.

13. If paroled to a detainer(s), I will report to the office designated if released from that detainer before my Tennessee parole expiration date.

**SPECIAL CONDITIONS:**
1. If convicted of a sex offense, I will abide by the Specialized Parole.
2. Temporary Job Waiver
3. Living Condition Specified:
4.
5.

FILED
APR 11 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, COURT

Post-it® Fax Note  7671  Date 8/18/09  # of pages ► 1
To Probation & Parole  From W. T. S. P.
Co./Dept.  Co.
Phone #  Phone #
Fax # 615-741-8513  Fax #

| Parole Officer: Officer Of The Day | Telephone: (800) 666-6744 |
|---|---|
| Location: Report Immediately Upon Release | |

I fully understand this order of parole, and I agree to comply with such conditions during the period of my parole, this the 14th day of _____, 2009. Further I hereby waive all extradition rights and process and agree to return to Tennessee voluntarily if at any time prior to my release the Tennessee Board of Probation and Paroles directs me to do so. Said parole shall expire upon the sentence expiration date.

_____
WITNESS SIGNATURE

_____
PAROLEE SIGNATURE

Distribution: Central Office, Parole Office, Parolee, Institution
BP-0015 (REV 04/2009)

RDA N/A



# Interstate Commission for Adult Offender Supervision

# OFFENDER'S APPLICATION FOR INTERSTATE COMPACT TRANSFER

| To: Illinois | Date: I.I.C. COPY 06/12/2009 | Type of supervision: [X] Parole [ ] Probation | Is this case: [ ] Registered Sex [ ] Victim sensitive |
|---|---|---|---|
| From: Tennessee | Phone #: 615-741-2107 | Fax #: 615-741-8613 | |

## OFFENDER INFORMATION

| Offender's full name (last, first, MI): JOHNSON, EDWARD A. | Offender number: 213209 Sending state: 00165254 Receiving state: |
|---|---|

| AKA: | | | | |
|---|---|---|---|---|
| SS#: (if available) 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 | FBI#: (if available) 808044AA5 | Sex: M | Race: Black | DOB: 12/11/1964 |

I, EDWARD A. JOHNSON, am applying for transfer of my parole/probation/other supervision from Tennessee (sending state) to Illinois (receiving state). I understand that this transfer of supervision will be subject to the rules of the Interstate Commission for Adult Offender Supervision.

I understand that my supervision in another state may be different than the supervision I would be subject to in this state. I agree to accept any differences that may exist because I believe that transferring my supervision to Illinois (receiving state) will improve my chances for making a good adjustment in the community. I ask that the authorities to whom this application is made recognize this fact and grant my request for transfer of supervision.

In support of my application for transfer, I make the following statements:

1. If I am allowed to transfer my supervision to Illinois (receiving state), I plan to live with null at (full address/telephone #) null until I am allowed by the supervising authorities to change my residence.

2. I will comply with the terms and conditions of my supervision that have been placed on me, or that will be placed on me by Tennessee (sending state) and Illinois (receiving state).

3. I understand that if I do not comply with all the terms and conditions that the sending state or the receiving state, or both, placed on me, that it will be considered a violation and I may be returned to the sending state.

4. I agree to the release of any drug or alcohol treatment information from Tennessee (sending state) to any authorized person in Illinois (receiving state) for the purpose of transferring my supervision. This consent remains in effect from this date 06/12/2009 (today's date) until I revoke this consent.

5. I agree to return to Tennessee (sending state) at any time I am directed to by the sending state or the receiving state. I know that I may have a constitutional right to insist that the sending state extradite me from the receiving state or any other state where I may be found. This is commonly called the right to extradition. But I also understand and acknowledge that I have agreed to return to the sending state when ordered to do so either by the sending or receiving state. Therefore, I agree that I will not resist or fight any effort by any state to return me to the sending state and I AGREE TO WAIVE ANY RIGHT I MAY HAVE TO EXTRADITION. I WAIVE THIS RIGHT FREELY, VOLUNTARILY AND INTELLIGENTLY

Offender's signature: _Edward Johnson_     Date: 6-15-09

Printed name: _Edward Johnson_

Witness: _Lisa Fraley_     Date: 6/15/2009

Printed name: _LISA FRALEY_

FILED

JUL 16 2024

IRIS Y. MARTINEZ
CLERK OF CIRCUIT COURT



### SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
RICHARD J. DALEY CENTER, CHICAGO, IL 60602
**THOMAS J. DART**

November 27, 2024

Edward Johnson
P.O. Box 089002
Chicago IL 60608

20240716104

RE: FOIA Request of November 25, 2024, Reference # R065372-112524

Dear Edward Johnson,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 et seq. (2012).

Your request mentioned:

*Please provide a copy of the fugitive warrant, a copy of the governor of Tn and Illinois declaring me a fugitive, provide a copy of the hearing, date and time I was served with the warrant, statement of all cases that Cook County have authority to detain me, information concerning case 24110950101, case 20241198132101, provide a copy of the warrant and all supporting documents.*

Please be advised that the Cook County Sheriff's Police Records Department conducted a diligent search based on the information you provided. However, it was determined that the Cook County Sheriff's Police Department did not handle the arrest(s) in question. The location where the accident occurred is located in Chicago, Illinois which is not in unincorporated Cook County. The Cook County Sheriff's Police Department only handles unincorporated jurisdictions in Cook County, IL.

As such, you may wish to redirect your request to the Chicago Police Department at the following address:

Chicago Police Department
Attn: Freedom of Information Officer
Records Inquiry Section, Unit 163
3510 S. Michigan Ave.
Chicago, IL 60653
foia@chicagopolice.org

Please contact us by replying to this letter if you have any further concerns/questions related to this request.

Sincerely,

Erica Thigpen



**STATE OF ILLINOIS**
**PRISONER REVIEW BOARD**
James Montgomery, Executive Director

## *PRISONER REVIEW BOARD CORRESPONDENCE ROUTING SHEET*

NAME: Edward Johnson IDOC#: B74742 FACILITY: None

Your letter was received by the Illinois Prisoner Review Board. Below you will find a response to your request, or your correspondence may be attached returning it to you for the following reason (Please route your request accordingly):

☒ This request is out of the jurisdiction of the Illinois Prisoner Review Board.

☐ Time Calculations are done by the holding facility Records Office. Note: The Board uses the *"date of occurrence"* for the violation date **NOT** the date of warrant issued or sentence date unless otherwise stated on board order.

☐ The Illinois Department of Corrections Transfer Coordinator handles Transfer requests/Electronic Home Monitoring program.

☐ Request for Meritorious Good Conduct Credits or denial of such credits should be directed to your counselor or the Transfer Coordinator's office at the Illinois Department of Corrections. The Prisoner Review Board does not govern the Adjustment committee in-regards-to these credits.

☐ Illinois Department of Corrections' Administrative Review Board must submit request for Restoration of Good Conduct Credits to this office upon approval from the Institution. Any request denied at either of those levels **CANNOT** be addressed by the PRB.

☐ Incorrect case information must be addressed with the Records Office of the holding facility.

☐ Your Parole Agent must request any changes to your Mandatory Supervised Release order in writing to this office.

PRB0000100



**STATE OF ILLINOIS**
**PRISONER REVIEW BOARD**
James Montgomery, Executive Director

☐ **55 and Older EHD**: 730 ILCS 5/5-8A-3 (d) A person serving a sentence for conviction of an offense other than for predatory criminal sexual assault of a child, aggravated criminal sexual assault, criminal sexual assault, aggravated criminal sexual abuse, or felony criminal sexual abuse, may be placed in an electronic home detention program for a period not to exceed the last 12 months of incarceration, provided that (i) the person is 55 years of age or older; (ii) the person is serving a determinate sentence; (iii) the person has served at least 25% of the sentenced prison term; and (iv) placement in an electronic home detention program is approved by the Prisoner Review Board. **At this time our office does not have a request from the Department.**

☐ **Elderly Rehabilitated Prisoner Supervised Release Program**: HB 3816 (730 ILCS 5/3-3-3.1 new) has not passed the General Assembly and is therefore not in effect.

☐ **Subsequent Early/Final Discharge Requests**: SB 423 (730 ILCS 5/3-3-8 (e)) Your request for early discharge has not been submitted by IDOC for review. Request submission from your Parole Agent with compliance documentation.

☒ **OTHER: Neither IDOC or PRB have any holds on you. Our records show that you are discharged from Il Department of Corrections.**

Date: 12/6/24

Angie
Liaison, Illinois Prisoner Review Board

Exhibit (1)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COMPLAINT FOR FUGITIVE WARRANT

Officer Maria Nelson #11381, as Extradition Officer, states that on or about ___February 8, 2010___ in the County of ___TENNESSEE___ and State of ___SHELBY___, fled from the crime of ___PAROLE VIOLATION/BURGLARY - OTHER THAN HABITATION___ was committed in this, that ___EDWARD A. JOHNSON___ did, then and there, with felonious intent, commit the crime (s) of PAROLE VIOLATION/BURGLARY - OTHER THAN HABITATION _____ all being contrary to, and against, the peace and dignity of the State of ___SHELBY___ and that this complainant has just and reasonable grounds to believe, that the said, ___EDWARD A. JOHNSON___ committed said offense. This complainant further says that he is informed and believes, and upon such information and belief states that said, ___EDWARD A. JOHNSON___, now legally charged by warrant and in the courts of said County of ___TENNESSEE___, in the State of ___SHELBY___ with committing the crime of ___PAROLE VIOLATION/BURGLARY - OTHER THAN HABITATION___ and that PAROLE VIOLATION/BURGLARY - OTHER THAN HABITATION _____ is a crime under the laws of the State of ___SHELBY___, and under the Constitution of the United States of America, and that said ___EDWARD A. JOHNSON___ after he had committed the crime of PAROLE VIOLATION/BURGLARY - OTHER THAN HABITATION _____, as aforesaid, fled from the jurisdiction of the County of ___TENNESSEE___ and the State of ___SHELBY___ and is now within the jurisdiction of The Circuit Court of Cook County, within the County of Cook and the State of Illinois, is a fugitive from justice and is liable by the Constitution and the laws of the United States to be delivered over upon the demand of the Executive of the State ___SHELBY___ aforesaid.

## STATE OF ILLINOIS

County of Cook ss. Extradition Officer Maria Nelson #11381 ..........being first duly sworn on his oath, deposes and says that he has read the foregoing complaint by him subscribed and that the same is true.

_Maria Nelson_ # 11381

July 15, 20__

_Iris Y. Martinez_ (MN 113'
(Judge or Clerk)

Subscribed and sworn to before me

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint. Warrant issued.

Bail fixed at $ _____     JUDGE _____
                                                                              Judges n

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## *Offender Attributes*

 

Links ▼   Suspend

[ 00165254 ]   Johnson  Edward A.                    Status   NCT   Location  SOCI

Release Key Fields         Emergency Notf    Military/Child Suprt  License/ID Issuance
                   Physical Info        Social Info        Offender Summary  Offender Location    Offender Other ID

Inquire

**Alerts**

Modify

| | | | | | |
|---|---|---|---|---|---|
| **Active Detainer** | N | **Escape** | Y | **Sex Offnr** | **Out to Court** |
| | | **Incompatible** | Y | **Actv ISC** N | **Unprocessed Sent** N |
| **Mult./Child Rapist** | N | **Repeat Violent Offnr** | N | | **TVDP** |

|  | Years | Months | Days | | Life    Habitual |
|---|---|---|---|---|---|
| **Minimum Sentence** | | | | | |
| **Maximum Sentence** | 8 | | | | **Life without Parole** |
| **Death** | **Date of Execution** | | | | **DUI Mand Min** |
| **SED** 03/18/2006 | **SV** 03/14/2007 | | | | **Probation Exp** |
| **RED** 10/18/2007 | **MP** | | | | **CC Exp** |
| **PP** | **EXP** 02/04/2013 | | | | **PERB CED** |
| **RP** | **FXP** 01/05/2014 | | | | **PERB RED** |

**Parole Eligibility Docket**                                    **Parole Hearing Sched**

**Last Parole Hearing Type**    PV    Parole Review          **Future Action Date**

**Last Parole Hearing**    05/07/2009                      **Alt Rise Date**

**Last Prle Decision**    RR    Recom, Past Release

